IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BONNIE McCAMERON                                                                                    PLAINTIFF

V.                                            NO. 3:04CV00360-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of February, 2006.

UNITED STATES MAGISTRATE JUDGE